USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :          19-CR-808 (VEC)
                                        :
           -against-                    :          ORDER
                                        :
                                        :
   ALSENY KEITA,                        :
                                        :
                        Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Keita appeared for an arraignment in this matter on September 21, 2020;

and

WHEREAS on September 21, 2020, Mr. Keita pled not guilty;

IT IS HEREBY ORDERED that: The parties must appear for a status conference on

**September 30, 2020 at 11:00 a.m.**  The parties must appear for the hearing by calling (888)

363-4749, using the access code 3121171 and the security code 0808.


**SO ORDERED.**

Date:  **September 22, 2020**                    _____
       **New York, NY**                                   **VALERIE CAPRONI**
                                                   **United States District Judge**