```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

ALSENY KEITA,

        Defendant.

------------------------------------------------------------ X

19-CR-808 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on September 30, 2020, the parties appeared for a status conference in this case;

IT IS HEREBY ORDERED that:

1. Defendant's pretrial motions are due **November 20, 2020**, with the Government's responses due **December 4, 2020**, and Defendant's replies, if any, due **December 11, 2020.**

2. Defendant's trial will begin on **March 1, 2021 at 10:00 a.m.**

   a. *Motions in limine* are due by **January 15, 2021**, with responses due by **January 29, 2021**.

   b. Proposed *voir dire* questions and requests to charge are due by **February 15, 2021.** Proposed *voir dire* questions should be focused specifically on the facts of this case.

3. In light of the logistical difficulties created by the COVID-19 pandemic as well as the volume of discovery in this case, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time between September 30, 2020 and March 1, 2021, is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by accommodating those

logistical difficulties and complexities outweigh the Defendant's and the public's interests in a speedy trial.

**SO ORDERED.**

**Date:  September 30, 2020**
         **New York, NY**

                                   _____
                                   **VALERIE CAPRONI**
                                   **United States District Judge**