USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

ALSENY KEITA,

Defendant.

------------------------------------------------------------ X

19-CR-808 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 4, 2020, Defendant filed a motion to suppress (Dkt. 134);

WHEREAS the Court agrees with the parties that an evidentiary hearing is required;

WHEREAS the Court's preference is to hold the evidentiary hearing in person;

IT IS HEREBY ORDERED: No later than **February 1, 2021**, the parties must submit a joint letter proposing three mutually agreeable dates for an *in-person* evidentiary hearing.

**SO ORDERED.**

**Date:   January 20, 2021**
         **New York, NY**

_____
           **VALERIE CAPRONI**
           **United States District Judge**