USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA           :

                                :                19-CR-808 (VEC)

                                :

-against-                  :                   ORDER

                                :

                                :

ALSENY KEITA,               :

                                :

                    Defendant.    :

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an evidentiary hearing on Defendant's motion to suppress is scheduled for

March 23, 2021 (Dkt. 162);

IT IS HEREBY ORDERED: Due to a scheduling conflict, the hearing is adjourned to

**April 13, 2021 at 10:30 a.m.**


**SO ORDERED.**

**Date:   February 5, 2021**
      **New York, NY**                               **VALERIE CAPRONI**
                                                    **United States District Judge**