```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA          :
                                  :    19-CR-808 (VEC)
                                  :
        -against-                 :    ORDER
                                  :
                                  :
ALSENY KEITA,                     :
                                  :
                    Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an evidentiary hearing on Defendant's motion to suppress is scheduled for April 13, 2021 (Dkt. 163);

IT IS HEREBY ORDERED: The hearing will be held as previously scheduled in Courtroom 443 on **March 23, 2021 at 10:00 a.m.**

**SO ORDERED.**

Date: February 23, 2021
      New York, NY

　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　**United States District Judge**