```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :        19-CR-808 (VEC)
                                        :
     -against-                          :          ORDER
                                        :
                                        :
ALSENY KEITA,                           :
                                        :
                           Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS an evidentiary hearing on Defendant's motion to suppress is scheduled for March 23, 2021;

IT IS HEREBY ORDERED THAT: No later than **March 15, 2021**, the parties are directed to disclose the names of the witnesses who will testify at the hearing.

**SO ORDERED.**

Date: **March 9, 2021**
      **New York, NY**

_____
            **VALERIE CAPRONI**
            **United States District Judge**