USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
                                        :      19-CR-808 (VEC)
                                        :
         -against-                      :      ORDER
                                        :
                                        :
ALSENY KEITA,                           :
                                        :
                        Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant has requested a change-of-plea hearing;

IT IS HEREBY ORDERED THAT:  A change-of-plea hearing will be held in person on **March 23, 2021 at 10:00 a.m**. in lieu of the previously scheduled evidentiary hearing.

**SO ORDERED.**

Date:  March 12, 2021
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**