USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :    19-CR-808 (VEC)
                                      :
           -against-                  :    ORDER
                                      :
                                      :
ALSENY KEITA,                         :
                                      :
                      Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 23, 2021 the parties appeared for a change of plea hearing;

WHEREAS at the March 23, 2021 hearing, Mr. Keita entered a guilty plea;

IT IS HEREBY ORDERED that: Defendant's sentencing will be held in person on **July 13, 2021 at 2:00 p.m**. in Courtroom 443. Sentencing submissions are due by **June 29, 2021.** The Court reminds the parties to review the relevant standing orders regarding courthouse entry and to comply with the requirement to wear either (i) one disposable mask underneath a cloth mask with the edges of the inner mask pushed against the face; or (ii) one properly-fitted, FDA-authorized KN95 (or N95) mask. Gaiters, bandannas, and masks with valves are not permitted.

Members of the public may attend the hearing by dialing 888-363-4749 using the access code 3121171 and the security code 0808. Any recording or retransmission of the hearing is strictly prohibited.

**SO ORDERED.**

**Date: March 23, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**