USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

-against-

ALSENY KEITA,

                  Defendant.

------------------------------------------------------------ X

19-CR-808 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on December 4, 2020, Defendant filed a motion to suppress (Dkt. 134);

WHEREAS on March 23, 2021 Mr. Keita appeared for a change of plea hearing and entered a guilty plea;

IT IS HEREBY ORDERED: Defendant's motion to suppress is dismissed as moot. The Clerk of Court is directed to close the open motion at docket entry 134.

**SO ORDERED.**

**Date: March 25, 2021**
**New York, NY**

                                      **VALERIE CAPRONI**
                                      **United States District Judge**