U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 25, 2021

**BY CM/ECF**
The Hon. Valerie E. Caproni
United States District Court
 Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/2021

      Re:    *United States v. Alseny Keita*, **S1 19 Cr. 808 (VEC)**

Dear Judge Caproni:

      The Government writes with the consent of defendant Alseny Keita to respectfully request a two-week adjournment of the deadline for sentencing submissions, currently set for August 27, 2021, and sentencing, currently scheduled for September 9, 2021, at 2:00 p.m.

      On March 23, 2021, Keita pleaded guilty pursuant to a *Pimentel* letter to the three counts contained in the First Superseding Indictment: Count One, charging wire fraud, in violation of 18 U.S.C. §§ 1343 and 2; Count Two, charging bank fraud, in violation of 18 U.S.C. §§ 1344 and 2; and Count Three, charging conspiracy to commit wire fraud and bank fraud, in violation of 18 U.S.C. § 1349. Since Keita's plea, the parties have had discussions about the appropriate application of the Guidelines, including the reasonably foreseeable loss amount under U.S.S.G. § 2B1.1, restitution, and forfeiture. The parties currently disagree on the appropriate Guidelines loss amount and restitution. However, to avert the need for a hearing to introduce testimony and exhibits, the parties believe they may be able to reach a stipulation on the relevant facts from which the Court could determine Guidelines loss and restitution.

      Accordingly, the parties requested a two-week adjournment of the August 27, 2021, deadline for sentencing submissions and the September 9, 2021, sentencing hearing. The parties

Page 2

believe this additional time may allow them to reach a stipulation on the relevant facts and submit briefing on the appropriate Guidelines loss and restitution amounts based on those facts.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
Kedar S. Bhatia
Assistant United States Attorney
(212) 637-2465

Cc:   Counsel for Alseny Keita (via CM/ECF)

---

Application GRANTED.  The sentencing is adjourned to **September 30, 2021 at 10:00 a.m.**  Sentencing submissions are due by **September 16, 2021.**

---

SO ORDERED.

_____   8/26/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE