```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA                  :

       -against-                                    :

   SALIFOU CONDE,                          :   19-CR-808 (VEC)
   SEKHOU TOURE,
   ABRAHIM DUKURAY,                :   ORDER
   ABOUBAKAR BAKAYOKO,
   SYLVAIN GNAHORE, and
   ALSENY KEITA,

                         Defendants     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 29, 2021, Defendant Abrahim Dukuray was sentenced and ordered to pay restitution. Dkt. 178;

       WHEREAS on September 3, 2020, Defendant Sekhou Toure was sentenced and ordered to pay restitution.  Dkt. 102;

       WHEREAS on September 30, 2021, Defendant Alseny Keita was sentenced and ordered to pay restitution and forfeit assets to the Government;

       WHEREAS to date the Court has not received from the Government a list of victims for purposes of restitution or an order of forfeiture for Defendant Alseny Keita;

       IT IS HEREBY ORDERED THAT the Government must, not later than **October 8, 2021**, provide the Court with a list of victims for purposes of restitution.

IT IS FURTHER ORDERED THAT the Government must, not later than **October 8, 2021**, provide the Court with an order of forfeiture for Defendant Alseny Keita.

**SO ORDERED.**

Date: **September 30, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**