USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

ALSENY KEITA,

                          Defendant.
------------------------------------------------------------------X

**ORDER**

Docket No.: 19-cr-00808-VEC

      It is ORDERED that Pretrial Services is to return Alseny Keita's passport to him within 30 days from the date of this Order.

So Ordered:

_____
Honorable Valerie E. Caproni, D.C.J.