```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA :
: 19-CR-808 (VEC)
:
-against- : ORDER
:
:
ALSENY KEITA, :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 20, 2024, Probation updated the Court that despite Mr. Keita's efforts, he remains unemployed.

IT IS HEREBY ORDERED that Mr. Keita must appear before the Court for a conference on **August 2, 2024** at **10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Probation must submit a status report no later than **July 26, 2024**, indicating whether Mr. Keita is employed. If Mr. Keita has obtained full time, verifiable employment by **July 26, 2024**, the conference will be cancelled.

**SO ORDERED.**

Date: May 21, 2024
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**